**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DUSTIN TRIPP and EBONY AUTRY,
as personal representatives of the
Estate of Antoine Taiwan Autry, II,
deceased,

Plaintiffs,

v. Case No. 3:26-cv-2975-MMH-PDB

ANHEUSER-BUSCH, LLC,

Defendant.
_________________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Anheuser-Busch, LLC's Motion to Dismiss Plaintiffs' Complaint and Incorporated Memorandum of Law (Doc. 10; Motion), filed November 4, 2026. Upon review, it appears that Anheuser-Busch, LLC, (A-B) has failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that it has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel agrees to the relief requested. Therefore, the Court will direct A-B to file a supplement (1) certifying that it has conferred with opposing counsel and (2) indicating whether counsel agrees on the resolution of the Motion, as Local Rule 3.01(g) requires.

Accordingly, it is **ORDERED**:

Anheuser-Busch, LLC, is **DIRECTED** to file a supplement by **November 12, 2026,** certifying that it has conferred with opposing counsel and indicating whether counsel agrees on the resolution of Defendant Anheuser-Busch, LLC's Motion to Dismiss Plaintiffs' Complaint and Incorporated Memorandum of Law (Doc. 10).

**DONE AND ORDERED** in Jacksonville, Florida, on November 5, 2026.

Marcia Morales Howard

**MARCIA MORALES HOWARD**
United States District Judge

Lc36

Copies to:
Counsel of Record